IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Chyla Gibbs<br><br>vs.<br><br>TrueAccord Corp., | Plaintiff,<br><br>Case No.: 25-cv-025-GKF-JFJ<br><br>Defendant. |

**SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | Complete | INITIAL DISCLOSURE Under Federal Procedure 26(a)(1) (Not Filed of Record) |
| 2. | 4/11/2025 | MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS |
| 3. | 6/15/2025 | EXCHANGE OF PRELIMINARY WITNESS LISTS AND EXHIBITS (Not Filed of Record) |
| 4. | 6/1/2025 | PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 5. | 6/1/2025 | DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule Civil Procedure 26(a)(2) (Not Filed of Record) |
| 6. | 7/28/2025 | DISCOVERY CUTOFF (Interrogatories and Rule 34 requests must be made 30 days in advance of this date) |
| 7. | X | SETTLEMENT CONFERENCE REQUESTED AFTER   7/28/2025 |
| 8. | 8/11/2025 | DISPOSITIVE MOTIONS AND DAUBERT MOTIONS |
| 9. | 8/11/2025 | MOTIONS IN LIMINE (Attorney meeting to resolve issues required before filing) |
| 10. | 11/12/2025 | HEARING ON DISPOSITIVE MOTIONS at   1:30 p.m. |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 27th day of March, 2025.

_____
Gregory K. Frizzell
United States District Judge